**Pasquale RUGGIERI**

v.

**R.I. DEPARTMENT OF ENVIRONMEN-
TAL MANAGEMENT, et al.**

**No. 84-282-M.P.**

Supreme Court of Rhode Island.

July 19, 1984.

Donald J. Packer, East Providence, for petitioner.

Claude Cote, Providence, for DES.

ORDER

The petition for writ of certiorari is denied.

■

**BONNET SHORES REAL ESTATE
INVESTORS, INC.**

v.

**DEPARTMENT OF ENVIRONMENTAL
MANAGEMENT et al.**

**No. 84-253-M.P.**

Supreme Court of Rhode Island.

July 26, 1984.

Thomas A. DiLuglio, Providence, for petitioner.

Charles McKinley, Providence, for DES.

ORDER

The petition for writ of mandamus is denied.

SHEA, J., did not participate.

■

**WAMPANOAG ASSOCIATES**

v.

**The CITY OF EAST PROVIDENCE
et al.**

**Aniello A. RUGGIERI et al.**

v.

**The CITY OF EAST PROVIDENCE
et al.**

**No. 84-230-M.P.**

Supreme Court of Rhode Island.

July 26, 1984.

Patricia Rocha, Providence, for petitioners.

Dennis S. Baluch, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

SHEA, J., did not participate.